# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

IN THE MATTER OF:

**TOD ALLEN CYESTER**            **CASE NO.: 2:17-MC-008**
**OHIO ATTY. REG. NO. 0041435**    **CHIEF JUDGE EDMUND A. SARGUS, JR.**
      **RESPONDENT**

## O R D E R

It appearing to the Court that on April 6, 2017, an order was entered in this proceeding directing Respondent to show cause within 30 days why this Court should not impose identical discipline as heretofore imposed by the Supreme Court of Ohio; and that notice was mailed to the Respondent's last known address, by certified mail, and posted on the Court's official website. On April 21, 2017, Respondent filed a *Response to Order to Show Cause* in which Respondent requests to permanently resign from the Court's list of active attorneys.

**IT IS THEREFORE ORDERED** that pursuant to Rule II of the Model Federal Rules of Disciplinary Enforcement adopted by this Court on February 1, 1979, respondent's resignation from the practice of law in this Court is accepted.

**IT IS FURTHER ORDERED** that the Clerk of this Court issue certified copies of this Order to the Disciplinary Counsel of the Supreme Court of Ohio, the Clerks of the Supreme Court of the United States and the United States Court of Appeals for the Sixth Circuit, the National Discipline Data Bank, and to the United States Bankruptcy Court for the Southern District of Ohio, and to publish this order to this Court's official website.

6-14-2017
**DATE**

                                **EDMUND A. SARGUS, JR.**
                                **CHIEF UNITED STATES DISTRICT JUDGE**
                                **SOUTHERN DISTRICT OF OHIO**